# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| John E. Harvey,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. Bank, N.A.; et al.,<br><br>Defendants. | Case No. 2:25-cv-00824-JAD-DJA<br><br>**Order** |

Before the Court is pro se Plaintiff John E. Harvey's motion to amend his complaint. (ECF No. 13). Plaintiff attaches a proposed amended complaint, but "notes that supporting exhibits previously submitted in connection with prior pleadings…remain valid, docketed, and form part of the evidentiary basis for this Amended Complaint." Plaintiff refers to exhibits in his proposed amended complaint, but does not attach them. (ECF No. 13-1).

Under Nevada Local Rule[1] 15-1(a) "[t]he proposed amended pleading must be complete in and of itself without reference to the superseded pleading and must include copies of all exhibits referred to in the proposed amended pleading." Plaintiff's proposed amended complaint does not comply with this rule. So, the Court denies Plaintiff's motion without prejudice.

**IT IS THEREFORE ORDERED** that Plaintiff's motion to amend his complaint (ECF No. 13) is **denied without prejudice.**

DATED: September 15, 2025

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

---

[1] This refers to the Local Rules of Practice for the United States District Court for the District of Nevada, which can be found online at https://www.nvd.uscourts.gov/court-information/rules-and-orders/